ESTHERHEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> *Plaintiff,* ) <br> ) <br> vs. ) <br> ) <br> ETHAN E. CAETANO, ) <br> ) <br> *Defendant,* ) <br> ) <br> ) | Case No. 1:20-PO-00236-SAB <br><br> **APPLICATION AND ORDER APPOINTING CJA PANEL COUNSEL** |

Defendant Ethan E. Caetano, through the Federal Defender for the Eastern District of California, hereby requests appointment of CJA panel counsel, our office has a conflict.

On July 4, 2020 Mr. Caetano was cited for building, maintaining, attending or using a campfire while in fire restrictions in violation of 36 C.F.R. § 261.52 (a). The charge offense carries a maximum sentence of 6 months in custody or $500 fine or both. Mr. Caetano initial appearance is scheduled on October 15, 2020.

The attached Financial Affidavit is submitted as evidence of Mr. Caetano's financial inability to retain counsel. Therefore, after reviewing the attached Financial Affidavit, it is respectfully recommended that CJA panel counsel be promptly appointed pursuant to 18 U.S.C. § 3006A.

DATED:  October 9, 2020         */s/ Eric V. Kersten*
                                ERIC V. KERSTEN
                                Assistant Federal Defender
                                Branch Chief, Fresno Office

**O R D E R**

Being satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints CJA panel counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: __October 13, 2020__

UNITED STATES MAGISTRATE JUDGE